Capital One Auto Financing
PO Box 259407
Plano, TX 75025


Morgan Stanley PBNA
2000 Westchester Avenue
Purchase, NY 10577

Ridgley Group
1618 Sullivan Avenue, #458
Daily City, CA 94015

Tor McLean
130 Peaceful Lane
Lafayette, CA 94549

AMEX
PO Box 297871
Fort Lauderdale, FL 33329

Barclays Bank
PO Box 8803
Wilmington, DE 19899

Greens
1797 N East Exp
Brookhaven, GA 30329

Cavailry Portfolio Service
PO Box 27288
Tempe, AZ 85285