| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Maxim Edward Shishlyannikov |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | _____ _____ _____ |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: Northern District of California | |
| Case number (If known) | _____ |

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**

Creditor's Name: Tor Mclean
Number Street: 130 Peaceful Lane
City: Lafayette  State: CA  ZIP Code: 94549
Contact: Tor Mclean
Contact phone: +1-925-297-7778

What is the nature of the claim? **Promissory Note**   $ **840,000.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim:     $_____

**2**

Creditor's Name: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact: _____
Contact phone: _____

What is the nature of the claim? **Credit Card**   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim:     $_____

| Debtor 1 | Maxim Edward Shishlyannikov | Case number (if known) |
|---|---|---|
| | First Name  Middle Name  Last Name | |

**Unsecured claim**

### 3. AMEX
Creditor's Name
PO Box 297871
Number    Street

Fort Lauderdale, FL 33329
City    State    ZIP Code

Contact
(800) 874-2117
Contact phone

What is the nature of the claim? **Credit Card**    $ 44,526

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  Value of security:    – $_____
  Unsecured claim    $_____

### 4. AMEX
Creditor's Name
PO Box 297871
Number    Street

Fort Lauderdale, FL 33329
City    State    ZIP Code

Contact
(800) 874-2117
Contact phone

What is the nature of the claim? **Credit Card**    $ 10,076

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  Value of security:    – $_____
  Unsecured claim    $_____

### 5. AMEX
Creditor's Name
PO Box 297871
Number    Street

Fort Lauderdale, FL 33329
City    State    ZIP Code

Contact
(800) 874-2117
Contact phone

What is the nature of the claim? **Credit Card**    $ 19,225

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  Value of security:    – $_____
  Unsecured claim    $_____

### 6. Barclays Bank
Creditor's Name
PO Box 8803
Number    Street

Wilmington, DE 19899
City    State    ZIP Code

Contact
(888) 232-0780
Contact phone

What is the nature of the claim? **Credit Card**    $ 8,995

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  Value of security:    – $_____
  Unsecured claim    $_____

### 7. Greens
Creditor's Name
1797 N East Expy
Number    Street

Brookhaven, GA 30329
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Medical**    $ 7,358

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  Value of security:    – $_____
  Unsecured claim    $_____

Debtor 1 __Maxim Edward Shishlyannikov__ Case number (if known)_____
          First Name  Middle Name  Last Name

**Unsecured claim**

| 8 | Cavailry Portfolio Serv | What is the nature of the claim? __Credit Card__ | $ 6,826 |

Creditor's Name
PO Box 27288
Number  Street

Tempe  AZ  85285
City    State  ZIP Code

Contact
(800) 501-0909
Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:       −  $_____
        Unsecured claim             $_____

---

| 9 | | What is the nature of the claim? _____ | $_____ |

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:       −  $_____
        Unsecured claim             $_____

---

| 10 | | What is the nature of the claim? _____ | $_____ |

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:       −  $_____
        Unsecured claim             $_____

---

| 11 | | What is the nature of the claim? _____ | $_____ |

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:       −  $_____
        Unsecured claim             $_____

---

| 12 | | What is the nature of the claim? _____ | $_____ |

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:       −  $_____
        Unsecured claim             $_____

Official Form 104  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 3

Debtor 1 __Maxim Edward Shishlyannikov__  
        First Name    Middle Name    Last Name

Case number *(if known)* _____

**Unsecured claim**

**13**

Creditor's Name: _____  
Number  Street: _____  
_____  
City  State  ZIP Code  

Contact: _____  
Contact phone: _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____

**14**

Creditor's Name: _____  
Number  Street: _____  
_____  
City  State  ZIP Code  

Contact: _____  
Contact phone: _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____

**15**

Creditor's Name: _____  
Number  Street: _____  
_____  
City  State  ZIP Code  

Contact: _____  
Contact phone: _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____

**16**

Creditor's Name: _____  
Number  Street: _____  
_____  
City  State  ZIP Code  

Contact: _____  
Contact phone: _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____

**17**

Creditor's Name: _____  
Number  Street: _____  
_____  
City  State  ZIP Code  

Contact: _____  
Contact phone: _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____

Debtor 1  Maxim Edward Shishlyannikov    Case number (if known) _____
         First Name  Middle Name  Last Name

**Unsecured claim**

### 18

Creditor's Name _____

Number  Street _____
_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:  − $ _____
    Unsecured claim  $ _____

### 19

Creditor's Name _____

Number  Street _____
_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:  − $ _____
    Unsecured claim  $ _____

### 20

Creditor's Name _____

Number  Street _____
_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:  − $ _____
    Unsecured claim  $ _____

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signature]_                            X _____
Signature of Debtor 1                       Signature of Debtor 2

Date 02/02/2021                             Date _____
    MM / DD / YYYY                              MM / DD / YYYY